**SHAMIS GENTILE, P.A.**
Joshua Moyer, Esq.
California Bar No. 259908
jmoyer@shamisgentile.com
401 W. A street, Suite 200
San Diego, CA 92101
Office: (305) 479-2299
Fax: (786) 623-0915

**EDELSBERG LAW, P.A.**
Scott Edelsberg, Esq. (CA Bar No. 330990)
1925 Century Park E #1700
Los Angeles, CA 90067
Telephone: 305-975-3320
scott@edelsberglaw.com

*Counsel for Plaintiff and Proposed Class*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN LEMUS, individually and on behalf of all others similarly situated,<br><br>　　*Plaintiff*,<br><br>vs.<br><br>2015 HALLADAY WELLNESS, INC. d/b/a WEST CLINIK, a California corporation,<br><br>　　*Defendant*. | Case No. 8:21−cv−00044−JVS−ADS<br><br>**<u>CLASS ACTION</u>**<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

**NOTICE OF DISMISSAL WITH PREJUDICE**

Plaintiff, Christian Lemus, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), does hereby dismiss this this action as follows:

1. All claims of the Plaintiff, Christian Lemus, individually, are hereby dismissed with prejudice.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Date: February 25, 2021

Respectfully Submitted,

*/s/ Joshua Moyer*
Joshua Moyer, Esq.
California Bar No. 259908
jmoyer@shamisgentile.com
**SHAMIS GENTILE, P.A.**
401 W. A street, Suite 200
San Diego, CA 92101
Office: (305) 479-2299
Fax: (786) 623-0915

*Counsel for Plaintiff and the Proposed Class*

2
**NOTICE OF DISMISSAL WITH PREJUDICE**