# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

## CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. | SACV 21-00044-JLS (ADSx) |
| Title | Christian Lemus v. 2015 Halladay Wellness, Inc. |
| Date | March 1, 2021 |

**Present: The Honorable**  JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE

| Melissa Kunig | None Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**Attorneys Present for Plaintiffs:**  None Present

**Attorneys Present for Defendants:**  None Present

**PROCEEDINGS:** (IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF VOLUNTARY DISMISSAL

The Court, having been advised by the Plaintiff that this action has been resolved by a Notice of Voluntary Dismissal [13], hereby orders all claims of the Plaintiff, Christian Lemus, individually, are hereby dismissed with prejudice. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.. The Court hereby orders all proceedings in the case vacated and taken off calendar.

Initials of Deputy Clerk   mku